ROBERTSON v. FLEITMAN et al. (Circuit Court of Appeals, Second Circuit. January 5, 1899.) No. 6. In Error to the Circuit Court of the United States for the Southern District of New York. Henry B. Platt, for plaintiff in error. Lyman Tremain, for defendants in error. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. The facts and the questions presented are substantially the same as in Robertson v. Edelhoff (decided herewith) 91 Fed. 642. The plaintiff in error further contends in this case that, as to four importations, the duty was not paid to get possession of the goods. As this point was not raised below, and is not included in the assignment of errors, it cannot be considered here. Judgment affirmed.

---

ROWLETT v. ANDERSON. (Circuit Court of Appeals. Seventh Circuit. December 1, 1897.) No. 403. Appeal from the Circuit Court of the United States for the District of Indiana. V. H. Lockwood, for appellant. Chester Bradford, for appellee. Dismissed, pursuant to the twenty-fourth rule, for failure of appellant to file brief. See 76 Fed. 827.

---

SAXLEHNER v. NEILSEN.

(Circuit Court of Appeals, Second Circuit. January 5, 1899.)

No. 85.

TRADE-MARKS AND TRADE-NAMES.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Cross Appeals from a Decree of the Circuit Court, Southern District of New York. 88 Fed. 71.

Antonio Knauth, for complainant.
Louis C. Raegener, for defendant.

Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. The questions raised in this cause are substantially the same as in Saxlehner v. Eisner (decided herewith) 91 Fed. 536. The circuit court held that complainant had no exclusive right in this country to the name "Hunyadi," in which conclusion we concur. The circuit court further granted an injunction against continued use of the red and blue labels, and an accounting for past infringements by the use of such labels. For reasons stated in the Eisner Case, the decree as to the labels is reversed, and cause remitted, with instructions to dismiss the bill, with costs of this appeal.

---

SILVER KING MIN. CO. v. HERKIMER. (Circuit Court of Appeals, Eighth Circuit. January 12, 1899.) No. 1,108. In Error to the Circuit Court of the United States for the District of Utah. W. H. Dickson and P. L. Williams, for plaintiff in error. James H. Moyle, John M. Zane, and George P. Costigan, Jr., for defendant in error. Dismissed, with costs, per stipulation of parties.